1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

United States District Court

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PARK TOWNSEND, LLC; GKB DEVELOPMENT CO., LLC; WARREN L. BRESLOW TRUST; and WARREN L. BRESLOW, an individual and Trustee of the Warren L. Breslow Trust,<br><br>Plaintiffs,<br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY and DOES 1–500, inclusive,<br><br>Defendants. | Case No.: 12-CV-04412-LHK<br><br>ORDER REGARDING STIPULATION OF DISMISSAL |

19  On January 3, 2013, the Court directed the parties in this action to file a stipulation of

20 dismissal without prejudice and with a tolling agreement on the statute of limitations for all claims

21 by Friday, January 11, 2013. *See* ECF No. 22. As of this date, the parties have not filed an official

22 stipulation of dismissal with the Court. Accordingly, the parties are directed to jointly file a

23 stipulation of dismissal without prejudice no later than Friday, January 25, 2013, or to file a

24 statement informing the Court why they are unable to do so.

25 **IT IS SO ORDERED.**

26

27 Dated: January 22, 2013

   _____
   LUCY H. KOH
28 United States District Judge

Case No.: 12-CV-04412-LHK
ORDER REGARDING STIPULATION OF DISMISSAL