United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PARK TOWNSEND, LLC; GKB DEVELOPMENT CO., LLC; WARREN L. BRESLOW TRUST; and WARREN L. BRESLOW, an individual and Trustee of the Warren L. Breslow Trust,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>CLARENDON AMERICA INSURANCE COMPANY and DOES 1–500, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 12-CV-04412-LHK<br><br>ORDER REGARDING STIPULATION OF DISMISSAL |

On January 3, 2013, the Court directed the parties in this action to file a stipulation of dismissal without prejudice and with a tolling agreement on the statute of limitations for all claims by Friday, January 11, 2013. *See* ECF No. 22. As of this date, the parties have not filed an official stipulation of dismissal with the Court. Accordingly, the parties are directed to jointly file a stipulation of dismissal without prejudice no later than Friday, January 25, 2013, or to file a statement informing the Court why they are unable to do so.

**IT IS SO ORDERED.**

Dated: January 22, 2013

　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 12-CV-04412-LHK
ORDER REGARDING STIPULATION OF DISMISSAL