United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PARK TOWNSEND, LLC; GKB DEVELOPMENT CO., LLC; WARREN L. BRESLOW TRUST; and WARREN L. BRESLOW, an individual and Trustee of the Warren L. Breslow Trust,<br><br>Plaintiffs,<br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY and DOES 1–500, inclusive,<br><br>Defendants. | Case No.: 12-CV-04412-LHK<br><br>ORDER REGARDING STIPULATION TO EXTEND DEADLINES AND AMEND SECOND AMENDED COMPLAINT AND COUNTERCLAIM |

On April 25, 2013, the parties filed a stipulation to amend the Second Amended Complaint to include Trident General Contractors, Inc. as a Plaintiff and to include Trident as a Counter-Defendant in the Counterclaim. ECF No. 35. In addition, the parties stipulated to an extension in the case schedule due to the fact that the trial in the underlying action was continued from May 5, 2013, to July 29, 2013. *Id.* The parties' proposed schedule will not, however, allow the Court enough time to hold a hearing on the parties' dispositive motions, should the parties choose to file them. Accordingly, the Court DENIES the parties' stipulation to extend deadlines. The parties may propose a revised case schedule in their joint case management statement to be submitted prior to the June 27, 2013 case management conference.

**IT IS SO ORDERED.**

Dated: May 5, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-04412-LHK
ORDER REGARDING STIPULATION OF DISMISSAL